# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-20-234-SLP

Charging Document: **Indictment**   No. of Defendants: 2   Total No. of Counts: 13   Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐   OCDETF: Y ☐ N ☑   Warrant: ☐   Summons: ☐   Notice: ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: DEG

| Name: SHAORONG LIU | |
|---|---|
| Alias(es): | Address: Norman OK 73071 |
| | FBI No.: |
| DOB: xx/xx/1962   SSN: xxx-xx-2457 | Race: Asian   Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested   Complaint: Y ☑ N ☐
☑ Type of Bond: Unsecured
☐ In Custody at: _____   Magistrate Judge Case No.: MJ- 20-210-P
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Carlos F. Ortiz   AUSA: William E. Farrior
☐ CJA Panel   Address: 1301 Avenue of the Americas, New York, New York 10019   Agent/Agency: John Kane / FBI
☑ Retained   Phone: (212) 318-3320   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 2-7 | 18 U.S.C. § 1343 | Wire Fraud | Not more than 20 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 8 | 18 U.S.C. § 1001(a)(2)  18 U.S.C. § 2 | False Statements  Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |
| 9-12 | 18 U.S.C. § 1001(a)(3)  18 U.S.C. § 2 | False Documents  Aiding and Abetting | Not more than 5 years' imprisonment, $250,000 fine, or both; Not less than 3 years' supervised release; $100 special assessment. |

Signature of AUSA: s/William Farrior   Date: 09/16/2020

3/19

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **SHAORONG LIU**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 13 | 18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 2 | Aggravated Identity Theft | 2 years imprisonment, served consecutively, $250,000 fine, or both; Not less than 1 year supervised release; $100 special assessment. |
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(3)<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

RECEIVED
SEP 1 6 2020
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/William Farrior            Date: 09/16/2020

CLEAR ALL            PRINT FORM